**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ELIAS MALDONADO<br>GLADYRIS MALDONADO,<br><br>      Debtors. | Chapter 13<br><br>Case No. 18-12886-BLS<br><br><br>**Objections due by: December 13, 2021, 4:00 p.m.**<br>**Hearing Date: December 21, 2021, 10:00 AM** |

## NOTICE OF MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | | |
|---|---|---|
| Elias Maldonado<br>13 Alicea Court<br>New Castle, DE 19720<br>Debtor<br><br>Gladyris Maldonado<br>13 Alicea Court<br>New Castle, DE 19720<br>Debtor | Eric M. Doroshow<br>Doroshow Pasquale Krawitz & Bhaya<br>1202 Kirkwood Highway<br>Wilmington, DE 19805<br>Attorney for Debtors | Michael B. Joseph<br>824 Market Street<br>P.O. Box 1351<br>Wilmington, DE 19899-1351<br>Trustee |

    Freedom Mortgage Corporation ("Movant") has filed a Motion for Relief from Automatic Stay which seeks the following relief:

relief from the Automatic Stay to exercise Movant's rights and remedies under a mortgage or similar encumbrances with regard to a parcel of real property located at: 13 Alicea Court, New Castle, DE 19720

    **HEARING ON THE MOTION WILL BE HELD ON DECEMBER 21, 2021, at 10:00 AM, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DE 19801. ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE DECEMBER 13, 2021, AT 4:00 p.m. EASTERN TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION**

      You are required to file a response (and the supporting documentation required by Local rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

      At the same time, you must also serve a copy of the response upon movant's attorney:

John E. Tarburton<br>
4250 Lancaster Pike Suite 140<br>
Wilmington, DE 19805<br>
(302) 339-8800<br>
Attorneys for Freedom Mortgage Corporation

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Date: _____
      Wilmington, Delaware              Respectfully submitted,

_____
John E. Tarburton (DE #3918)
Orlans PC
4250 Lancaster Pike Suite 140
Wilmington, DE 19805
(302) 339-8800
Attorneys for Freedom Mortgage Corporation
jtarburton@orlans.com